# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS L. WILLIAMS,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>VETERANS AFFAIRS, *et. al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-CV-00433-ART-CLB<br><br>**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND ORDERING PLAINTIFF TO PAY FILING FEE OR FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>[ECF No. 1] |

**I.　DISCUSSION**

On August 30, 2023, Plaintiff Thomas L. Williams ("Williams"), an inmate in the custody of Washoe County Detention Center filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1.) Williams also filed an application to proceed *in forma pauperis*, (ECF No. 1), however the application is incomplete and is therefore denied.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Williams a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing <u>all three</u> of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **Friday,**

**September 29, 2023**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.

If Williams is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **Friday, September 29, 2023**, this case will be subject to dismissal <u>without prejudice</u> for Williams to file a new case with the Court when Williams is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal <u>without prejudice</u> means Williams does not give up the right to refile the case with the Court, under a new case number, when Williams has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Williams may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **Friday, September 29, 2023** to proceed with this case.

The Court will retain Williams's complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Williams timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

## II.   CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Williams's application to proceed *in forma pauperis*, (ECF No. 1), is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court will **SEND** Williams the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **Friday, September 29, 2023**, Williams will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this
   Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the <u>**inmate's prison or jail trust fund account statement for the previous six-month period**</u>.

**IT IS FURTHER ORDERED** that, if Williams does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **Friday, September 29, 2023**, this case will be subject to dismissal <u>without prejudice</u> for Williams to refile the case with the Court, under a new case number, when Williams has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

**IT IS FURTHER ORDERED** that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

**IT IS SO ORDERED.**

**DATED**:  August 30, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**